IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY, | No. C 06-04501 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| GRANITE STATE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

This action appears to be one several actions currently pending in the Northern District of California pertaining to petitions for arbitration brought by plaintiff Clearwater Insurance Company against Granite State Insurance Company. The earliest-filed action was Case No. C 06-04472 SI, *Clearwater Insurance Company v. Granite State, et al.* Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE