1  Robin D. Craig, Esq. (State Bar No. 130935)
   CRAIG & WINKELMAN LLP
2  2150 Shattuck Avenue, Suite 1220
   Berkeley, California 94704
3  Telephone: (510) 549-3330
   Facsimile: (510) 217-5894
4

5  Ira Belcove, Esq. (*Pro hac vice*)
   BUTLER RUBIN SALTARELLI & BOYD LLP
   70 West Madison St., Suite 1800
6  Chicago, Illinois 60602
   Telephone: (312) 696-4483
7  Facsimile: (312) 444-9843

8  Counsel for Petitioner
   CLEARWATER INSURANCE COMPANY
9

   Linda Dakin-Grimm, Esq. (State Bar No. 119630)
10 Michael Haravon, Esq. (State Bar No. 236983)
   MILBANK, TWEED, HADLEY & MCCLOY LLP
11 601 South Figueroa Street, 30th Floor
   Los Angeles, California 90017
12 Telephone: (213) 892-4000
   Facsimile: (213) 629-5063
13

   Counsel for Respondents GRANITE STATE
14 INSURANCE COMPANY, NEW HAMPSHIRE
   INSURANCE COMPANY and THE INSURANCE
15 COMPANY OF THE STATE OF PENNSYLVANIA

16              UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| 19 | CLEARWATER INSURANCE COMPANY, | Case Nos: C06 4472 (SI) |
|---|---|---|
| 20 | | C06 4500 (SI) |
| 21 | Petitioner, | C06 4501 (SI) |
| | | C06 4502 (SI) |
| 22 | vs. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE** |
| 23 | GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
| 24 | | |
| 25 | | Date: October 27, 2006 |
| 26 | Respondents. | Time: 2:00 p.m. |
| | | Dept: Courtroom 10 |
| | | Hon. Susan Illston |
| 27 | | |
| 28 | | |

1   The parties in the above-entitled actions jointly submit this Case Management Statement and request to vacate or continue the Case Management Conference in this case, as further set forth below.

2   The four petitions to compel arbitration, referenced above, arise out of a series of disputes between Clearwater Insurance Company ("Petitioner") and Granite State Insurance Company, New Hampshire Insurance Company and The Insurance Company of the State of Pennsylvania (collectively "Respondents") pursuant to arbitration clauses in four reinsurance agreements.

3   Both Petitioner and Respondents agree that, under the terms of the four reinsurance agreements, their pending disputes are subject to arbitration in accordance with the Federal Arbitration Act, 9 U.S.C. Section 4. By these petitions, Petitioner sought an order compelling the appointment of a third arbitrator under the procedure set forth in the reinsurance agreements at issue. Respondents opposed the Petitions on procedural grounds, but does not contend that the underlying disputes are subject to arbitration.

4   The Petitions came on regularly for hearing on September 29, 2006, and the Court's order was filed on October 2, 2006, directing the parties to exchange slates of third arbitrator candidates, in accordance with the procedures set forth in the agreements, by November 1, 2006. *10/02/06 Order, p. 5:1-6.*

5   In the meantime, a Case Management Conference has been scheduled in all four cases for October 27, 2006. The parties have not filed a Stipulation and Proposed Order selecting an ADR process, or exchanged initial disclosures under Rule 26(f) of the Federal Rules of Civil Procedure, or developed a proposed discovery plan or trial schedule, because none of these procedural mechanisms will apply to this dispute. Instead, due to the nature and limited scope of the relief sought by these Petitions, the parties hereby jointly request that Court vacate the scheduled Case Management Conference, or continue the Case Management Conference until after the parties have proceeded with the exchange of arbitrator candidate slates under the schedule set forth in the Court's October 2, 2006 Order.

///
///

Craig & Winkelman LLP

DATED: 10/05/06

Respectfully submitted,

CRAIG & WINKELMAN LLP

By: /s/ Robin Craig
Robin D. Craig, Esq.
Counsel for Petitioner CLEARWATER INSURANCE COMPANY

Of Behalf of Counsel *pro hac vice*:
Ira J. Belcove, Esq.
Butler, Rubin, Saltarelli & Boyd
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

DATED: 10/05/2006

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Michael Haravon
Michael Haravon, Esq.
Counsel for Respondents GRANITE STATE INSRUANCE COMPANY, NEW HAMPSHIRE INSRUANCE COMPANY and THE INSURANCE COMPANY OF TH STATE OF PENNSYLVANIA

IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled for October 27, 2006 at 2:00 p.m. is VACATED.

*[OR]*

IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled for October 27, 2006 at 2:00 p.m. is CONTINUED to December 15, 2006 2 p.m. , 2006 at _____.

Dated: _____

/s/ Susan Illston
Hon. Susan Illston
Judge of the U.S. District Court