MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (SBN No. 119630)
Michael Haravon (SBN No. 236983)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Fax: (213) 629-5063
Email: MHaravon@milbank.com

Attorneys for Respondents GRANITE STATE
INSURANCE COMPANY, NEW HAMPSHIRE
INSURANCE COMPANY and THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY,<br><br>Petitioner,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Respondents. | Case No. C 06 4472 (SI)<br>Case No. C 06 4500 (SI)<br>Case No. C 06 4501 (SI)<br>Case No. C 06 4502 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLIANCE WITH ORDER** |

Petitioner Clearwater Insurance Company ("Clearwater") and Respondents Granite State Insurance Company, New Hampshire Insurance Company and The Insurance of the State of Pennsylvania ("Granite") enter into this Stipulation with reference to the following:

WHEREAS, on September 29, 2006 in the four above-captioned cases, the Court ordered the parties' arbitrators to exchange slates of Third Arbitrator candidates, in accordance with the arbitration clause, within thirty days of the Orders (the "Orders").

STIPULATION - Cases No. C 06 4472, 06 4500, 06 4501, 06 4502 (SI)

WHEREAS, the Orders also ordered the arbitrators to "decline one" of the other's slate, draw lots, and select umpires within seven days of exchanging slates.

WHEREAS, CLEARWATER and GRANITE have agreed to extend the time for the parties' arbitrators to exchange slates of Third Arbitrator candidates until November 6, 2006;

WHEREAS, CLEARWATER and GRANITE have agreed to extend the time for the arbitrators to "decline one" of the other's slate, draw lots and select umpires until November 13, 2006;

NOW THEREFORE, the parties stipulate and agree to extend the time for the parties' arbitrators to exchange slates of Third Arbitrator candidates until November 6, 2006 and to extend the time for the arbitrators to "decline one" of the other's slate, draw lots and select umpires until November 13, 2006.

SO STIPULATED.

Dated: October 30, 2006

BUTLER RUBIN SALTARELLI & BOYD LLP

By _____
Ira J. Belcove (*pro hac vice*)
Attorney for Petitioner CLEARWATER
INSURANCE COMPANY

On Behalf of Counsel:
Robin D. Craig (State Bar No. 130935)
Craig & Winkelman LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Dated: October 30, 2006

MILBANK, TWEED, HADLEY & MCCOY, LLP

By _____
Linda Dakin-Grimm
Michael Harayon

Attorneys for Respondents GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

LAI:#6335188

ORDER

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan Illston
JUDGE OF THE NORTHERN
DISTRICT COURT

W0036631v1

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLIANCE WITH ORDER
- Cases No. C 06 4472, 06 4500, 06 4501, 06 4502 (SI)