| | |
|---|---|
| 1 | CRAIG AND WINKELMAN LLP |
| | Robin D. Craig (SBN 130935) |
| 2 | 2150 Shattuck Avenue, Suite 1220 |
| | Berkeley, California 94704 |
| 3 | Telephone: (510) 549-3330 |
| | Facsimile: (510) 217-5894 |
| 4 | Email: robindcraig@sbcglobal.net |
| 5 | BUTLER RUBIN SALTARELLI & BOYD LLP |
| | Ira Belcove (*Pro Hac Admission*) |
| 6 | 70 West Madison Street, Suite 1800 |
| | Chicago, Illinois 60604 |
| 7 | Telephone: (312) 696-4483 |
| | Facsimile: (312) 444-9843 |
| 8 | Email: ibelcove@butlerrubin.com |
| 9 | Attorneys for Petitioner |
| | CLEARWATER INSURANCE COMPANY |
| 10 | |
| | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 11 | Linda Dakin-Grimm (SBN No. 119630) |
| | Michael Haravon (SBN No. 236983) |
| 12 | 601 South Figueroa Street, 30th Floor |
| | Los Angeles, CA 90017-5735 |
| 13 | Telephone: (213) 892-4000 |
| | Fax: (213) 629-5063 |
| 14 | Email: MHaravon@milbank.com |
| 15 | Attorneys for Respondents GRANITE STATE |
| | INSURANCE COMPANY, NEW HAMPSHIRE |
| 16 | INSURANCE COMPANY and THE INSURANCE |
| | COMPANY OF THE STATE OF PENNSYLVANIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY, | Case No. C 06 4501 (SI) |
| | [Related to Case Nos.: C 06 4472 (SI); C 06 4500 (SI), and C 06 4502 (SI)] |
| Petitioner, | |
| v. | *ASSIGNED FOR ALL PURPOSES TO THE HONORABLE SUSAN ILLSTON* |
| GRANITE STATE INSURANCE COMPANY, et al., | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| Respondents. | Petition Filed July 21, 2006 |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Case No. C 06 4501

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, that the above-entitled action shall be dismissed with prejudice and with each party to bear its own costs. Notwithstanding the foregoing, neither this stipulation nor the dismissal of this action shall preclude any party from petitioning the Court to confirm, vacate, modify, and/or correct a subsequent arbitration award pursuant to Sections 9, 10, and/or 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11.

Dated: November 20, 2006  CRAIG AND WINKELMAN LLP

By: /s/ Robin Craig
Robin D. Craig

2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

BUTLER RUBIN SALTARELLI & BOYD LLP
Ira Belcove, Esq.
70 West Madison Street, Suite 1800
Chicago, Illinois 60604
Telephone: (312) 696-4483
Facsimile: (312) 444-9843

Attorneys for Petitioner CLEARWATER INSURANCE COMPANY

Dated: November 17, 2006  MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Michael Haravon
Michael Haravon

601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone:  (213) 892-4000
Fax:  (213) 629-5063

Attorneys for Respondents GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

LA1:#6336999v1

ORDER

IT IS SO ORDERED.

Dated:_____

_____
The Honorable Susan Illston

JUDGE OF THE NORTHERN DISTRICT COURT

-3-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Case No. C 06 4501